CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED:

NOV 29 2005

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| CHRISTOPHER L. CHATMAN, | ) | |
| Plaintiff, | ) | Civil Action No. 7:05CV00407 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| SGT. ANDERSON, et al., | ) | By: Hon. Glen E. Conrad |
| Defendants. | ) | United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

### ORDERED

that the defendants' motion to dismiss shall be and hereby is **GRANTED** and the action shall be **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff and counsel of record for the defendants.

ENTER: This 28th day of November, 2005.

_____
United States District Judge